# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RICHARD COLUCCIO, : No. 180 MAL 2016
:
        Petitioner :
:
         : Petition for Allowance of Appeal from
         : the Order of the Superior Court
        v. :
:
:
MICHAEL KARP, AND JAMES :
D'ANGELO, JR., AND  D'ANGELO :
INVESTMENT GROUP, LLC, :
:
        Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.